IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GNANA M. CHINNIAH, et al., :
    Plaintiffs :
: No. 1:08-cv-01330
v. :
: (Judge Kane)
EAST PENNSBORO TOWNSHIP, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 15th day of November 2013, **IT IS HEREBY ORDERED THAT** Defendants' omnibus motion in limine (Doc. No. 221) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' motion in limine to preclude Girish Modi from testifying is **DENIED;**

2. Defendants' motion in limine to preclude Jonathan Greiner from testifying as an expert witness is **GRANTED** to the extent that Mr. Greiner will be allowed to testify solely as a fact witness;

3. Defendants' motion in limine to exclude Plaintiff Gnana Chinniah's handwritten annotations on certain photographs of East Pennsboro Township properties is **GRANTED** with the exception of any handwritten residential addresses on such photographs;

4. Defendants' motion in limine to exclude any photographs of East Pennsboro properties taken in 2012 and 2013 is **DENIED**;

5. Defendants' motion in limine to exclude Plaintiffs from introducing evidence or witnesses related to his Cumberland County tax dispute is **GRANTED**;

6. Defendants' motion in limine to preclude Plaintiffs from conducting a jury view in East Pennsboro Township is **DENIED WITHOUT PREJUDICE**, because Plaintiffs have since filed a separate motion for a jury view (Doc. No. 235) which shall be the subject of a separate order;

7. Defendants' motion in limine to exclude Plaintiffs from introducing any evidence obtained since the close of discovery or used to support Plaintiffs' brief in opposition to Defendants' motion for summary judgment (Doc. No. 119) is **DENIED**; and,

8. Absent a showing at trial that evidence was destroyed, Plaintiffs are precluded from seeking a spoliation jury instruction or attempting to relitigate discovery disputes during trial.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania