**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GNANA M. CHINNIAH, et al.,** : | |
| Plaintiffs : | |
| : | No. 1:08-cv-01330 |
| v. : | |
| : | (Judge Kane) |
| **EAST PENNSBORO TOWNSHIP, et al.,** : | |
| Defendants : | |

# ORDER

**AND NOW**, on this 26th day of June 2014, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion for judgment as a matter of law, or, in the alternative, for a new trial (Doc. No. 267) is **DENIED.**

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
